UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-394-F

| UNITED STATES OF AMERICA | } | |
|---|---|---|
| | } | |
| V. | } | ORDER TO SEAL |
| | } | |
| DONALD RAY HARRISON | } | |

On motion of the Defendant Donald Ray Harrison, and for good cause shown, It is hereby ORDERED the Defendant's Motion to Continue (DE 25 ) be sealed until further notice by this Court.

IT IS SO ORDERED.

This the 25 day of July, 2013.

_____
JAMES C. FOX
United States District Senior Judge