UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-00394-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | |
| | } | |
| V. | } | ORDER TO SEAL |
| | } | |
| DONALD RAY HARRISON | } | |

On motion of the Defendant Donald Ray Harrison, and for good cause shown, It is hereby ORDERED the Defendant's Sentencing Memorandum (DE 31 ) be sealed until further notice by this Court.

IT IS SO ORDERED.

This the 27th day of September, 2013.

JAMES C. FOX
Senior United States District Judge