IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-00394-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DONALD RAY HARRISON, | ) | |
| Defendant. | ) | |

This matter is before the court on Donald Ray Harrison's letter motion [DE-41] addressed to the undersigned. Harrison explains how successful he has been in prison and requests a reduction of six to twelve months off his sentence. *Id.* at 3.

The court's authority to modify a sentence is extremely narrow. There are only three circumstances in which modification is allowed: (1) upon motion of the Director of the Bureau of Prisons; (2) as permitted by statute or Federal Rule of Criminal Procedure 35; and (3) where the relevant sentencing guidelines have changed since sentence was imposed. *See* 18 U.S.C. § 3582(c)(1)(A), (1)(B), and (2). Harrison has failed to show that any of these three circumstances are present. Consequently, Harrison's letter motion [DE-41] is DENIED.

SO ORDERED.

This the 15 day of February, 2017.

James C. Fox
JAMES C. FOX
Senior United States District Judge